# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| CATHOLIC CHARITIES WEST MICHIGAN, <br><br> PLAINTIFF, <br><br> V <br><br> MICHIGAN DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT GORDON, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE MICHIGAN DEPARTMENT OF HEALTH AND HUMAN SERVICES; MICHIGAN CHILDREN'S SERVICES AGENCY; JENNIFER WRAYNO, IN HER OFFICIAL CAPACITY AS ACTING EXECUTIVE DIRECTOR OF MICHIGAN CHILDREN'S SERVICES AGENCY; DANA NESSEL, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF MICHIGAN. <br><br> DEFENDANTS. | CASE NO. <br><br> HON. <br><br> NOTICE OF REMOVAL <br><br> Pursuant to L.Civ.R. 3.3.1(d)(iii) and 3.3.1(g) this action is related to: *Dumont et al. v. Gordon, et al.*, Case No. 2:17-cv-13080 (E.D. Mich.) (Borman, J.), dismissed on March 22, 2019; and *Buck v. Gordon*, Case No. 1:19-cv-00286 (W.D. Mich.) (Jonker, C.J.), filed on April 15, 2019 and currently pending. |

## INDEX OF EXHIBITS TO NOTICE OF REMOVAL

Exhibit A-  True and Correct Copy of Summons and Complaint

Exhibit B-  Plaintiff's Motion for Preliminary Injunction

Exhibit C-  Proposed Order