UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CATHOLIC CHARITIES
WEST MICHIGAN,

    Plaintiff,

v.

MICHIGAN DEPARTMENT
OF HEALTH AND HUMAN
SERVICES; ROBERT GORDON, in
his official capacity as Director
of the Michigan Department of
Health and Human Services;
MICHIGAN CHILDREN'S
SERVICES AGENCY; JENNIFER
WRAYNO, in her official capacity as
Acting Executive Director of
Michigan Children's Services Agency;
DANA NESSEL, in her official
capacity as Attorney General of
Michigan.

    Defendants.

_____/

Case No.
2:19-CV-11661-DPH-DRG

HON. DENISE PAGE HOOD

**STIPULATED ORDER EXTENDING DEADLINE TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

| | |
|---|---|
| James R. Wierenga (P48946)<br>Attorney for Plaintiff<br>David, Wierenga & Lauka, PC<br>99 Monroe Ave., NW<br>Ste. 1210<br>Grand Rapids, MI 49503<br>(616) 454-3883<br>jim@dwlawpc.com | Toni L. Harris (P63111)<br>Joshua S. Smith (P63349)<br>Precious S. Boone (P81631)<br>Elizabeth R. Husa Briggs (P73907)<br>Attorneys for Defendants<br>Michigan Department of Attorney General<br>Health, Education & Family Services Division<br>P.O. Box 30758<br>Lansing, MI 48909<br>(517) 335-7603<br>HarrisT19@michigan.gov<br>Smithj46@michigan.gov |
| David A. Cortman (GA Bar #188810)<br>Attorney for Plaintiff<br>Alliance Defending Freedom<br>1000 Hurricane Shoals Rd. NE<br>Ste. D-1100<br>Lawrenceville, GA 30043<br>(770) 339-0774<br>dcortman@ADFlegal.org | |
| Roger Brooks (NC Bar #16317)*<br>Jeremiah Galus (AZ Bar #030469)*<br>Attorneys for Plaintiff<br>Alliance Defending Freedom<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>(480) 444-0020<br>rbrooks@ADFlegal.org<br>jgalus@ADFlegal.org | |

*Application for admission forthcoming

/

**STIPULATED ORDER EXTENDING DEADLINE TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Plaintiff Catholic Charities West Michigan, and Defendants

Michigan Department of Health and Human Services (DHHS), DHHS

2

Director Robert Gordon, Michigan Children's Services Agency (CSA), and CSA Executive Director JooYeun Chang[1] (collectively "DHHS Defendants"), and Defendant Michigan Attorney General Dana Nessel, by and through respective counsel, stipulate as follows:

1. Plaintiff initiated this lawsuit by filing a Summons and Complaint in the Court of Claims, Case No. 19-000072MM. (ECF No. 1, Ex. A.)

2. Plaintiff also filed a motion for preliminary injunction in the state court action. (ECF No. 1, Ex. B.)

3. On May 24, 2019, the parties filed a stipulation extending Defendants' deadlines for responding to the complaint and the preliminary injunction motion to June 28, 2019. (ECF No. 1, Ex. C.)

4. On June 5, 2019, Defendants filed a Notice of Removal, removing the state court action to this Court. (ECF No. 1.)

5. Defendants' June 12, 2019 deadline to file an answer or otherwise respond to the Complaint is extended to June 28, 2019.

---

[1] Pursuant to Fed. R. Civ. P. 25(d), this stipulated order reflects the substitution of Children's Services Agency Executive Director JooYeun Chang for Acting Children's Services Agency Executive Director Jennifer Wrayno, who was named in her official capacity.

6. By agreeing to extend Defendants' deadline to file an answer or otherwise respond to the Complaint, Plaintiff is not waiving its right to oppose removal to this Court as improper.

7. In fact, Plaintiff intends to file a motion to change venue to the Western District of Michigan, which Plaintiff contends is the proper venue.

8. Plaintiff also intends to refile its motion for preliminary injunction in conformance with the Federal Rules of Civil Procedure.

To ensure that Plaintiff is not prejudiced by any extension of time, DHHS Defendants will provide Plaintiff at least 10 days' notice prior to taking adverse action, as defined in MCL 722.124e(7), against Plaintiff relating to a Placing Agency Foster Care services contract or an Adoption services contract with DHHS.

IT IS SO ORDERED.

Dated: June 7, 2019

                                      s/Denise Page Hood
                                      HON. DENISE PAGE HOOD
                                      UNITED STATES DISTRICT JUDGE

9.

STIPULATED TO:

/s/ James Wierenga						Date: June 7, 2019
James Wierenga (P486946)
David, Wierenga & Lauka, PC
Attorney for Plaintiff

/s/ Toni L. Harris						Date: June 7, 2019
Toni L. Harris (P63111)
Michigan Department of
Attorney General
Attorney for Defendants