UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Catholic Charities,

                Plaintiff(s),

v.                                           Case No. 2:19–cv–11661–DPH–DRG
                                                  Hon. Denise Page Hood

Michigan Department of Health
and Human Services, et al.,

                Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

      Motion to Disqualify Counsel – #7
      Motion to Change Venue – #9
      Motion for Preliminary Injunction – #11
      Motion to Intervene – #20

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Denise Page Hood *without* oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are not required.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/L. Saulsberry
                                                    Case Manager

Dated:   August 21, 2019