UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CATHOLIC CHARITIES
WEST MICHIGAN,

    Plaintiff,

v.

MICHIGAN DEPARTMENT
OF HEALTH AND HUMAN
SERVICES; ROBERT GORDON, in
his official capacity as Director
of the Michigan Department of
Health and Human Services;
MICHIGAN CHILDREN'S
SERVICES AGENCY; JENNIFER
WRAYNO, in her official capacity as
Acting Executive Director of
Michigan Children's Services
Agency; DANA NESSEL, in her
official capacity as Attorney General
of Michigan.

    Defendants.

No. 2:19-CV-11661-DPH-DRG

HON. DENISE PAGE HOOD

MAG. DAVID R. GRAND

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Defendants submit this notice to alert the Court of yesterday's filing in *Buck v. Gordon*, No. 1:19-cv-00286-RHH-PJG (W.D.MI), attached as Exhibit 1. The State Defendants in *Buck* filed a Notice of Appeal of the court's order granting a preliminary injunction and moved for a stay of the injunction pending appeal. As explained in the motion for stay, attached as Exhibit 1, State Defendants explained that they are likely to succeed on the merits on appeal because, among other things, the *Buck* court committed clear error, misinterpreted Michigan law, and failed to apply the law to the unrefuted factual record submitted by State Defendants.

Respectfully submitted,

/s/ Toni L. Harris
Toni L. Harris (P63111)
Precious S. Boone (P81631)
Elizabeth R. Husa Briggs (P73907)
Assistant Attorneys General
Attorneys for Defendants
Health, Education & Family Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603
Harrist19@michigan.gov

Dated: October 11, 2019

# CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2019, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

/s/ Toni L. Harris
Toni L. Harris (P63111)
Assistant Attorney General
Attorney for Defendants
Health, Education & Family
Services
P.O. Box 30758
Lansing, MI 48909
Harrist19@michigan.gov