UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CATHOLIC CHARITIES
WEST MICHIGAN,

    Plaintiff,

v.

MICHIGAN DEPARTMENT
OF HEALTH AND HUMAN
SERVICES; ROBERT GORDON, in
his official capacity as Director
of the Michigan Department of
Health and Human Services;
MICHIGAN CHILDREN'S
SERVICES AGENCY; JENNIFER
WRAYNO, in her official capacity as
Acting Executive Director of
Michigan Children's Services Agency;
DANA NESSEL, in her official
capacity as Attorney General of
Michigan.

    Defendants.

_____/

2:19-CV-11661-DPH-DRG

Hon. Denise Page Hood

Hon. David R. Grand

**NOTICE OF FILING**

| | |
|---|---|
| James R. Wierenga (P48946)<br>Attorney for Plaintiff<br>David, Wierenga & Lauka, PC<br>99 Monroe Ave., NW<br>Ste. 1210<br>Grand Rapids, MI 49503<br>(616) 454-3883<br>jim@dwlawpc.com | Toni L. Harris (P63111)<br>Precious S. Boone (P81631)<br>Elizabeth R. Husa Briggs<br>(P73907)<br>Attorneys for Defendants<br>Michigan Department of<br>Attorney General<br>Health, Education & Family<br>Services Division |
| David A. Cortman (GA Bar #188810)<br>Attorney for Plaintiff<br>Alliance Defending Freedom<br>1000 Hurricane Shoals Rd. NE<br>Ste. D-1100<br>Lawrenceville, GA 30043<br>(770) 339-0774<br>dcortman@ADFlegal.org | P.O. Box 30758<br>Lansing, MI 48909<br>(517) 335-7603<br>HarrisT19@michigan.gov |
| Roger Brooks (NC Bar #16317)<br>Jeremiah Galus (AZ Bar #030469)<br>Attorneys for Plaintiff<br>Alliance Defending Freedom<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>(480) 444-0020<br>rbrooks@ADFlegal.org<br>jgalus@ADFlegal.org | |

_____/

## NOTICE OF FILING

Plaintiff Catholic Charities West Michigan submits this notice to alert the Court that the State of Michigan recently filed a motion to voluntarily dismiss its appeal of the preliminary injunction in *Buck v. Gordon*, No. 19-2185 (6th Cir.), attached as Exhibit 1. The State

1

previously notified this Court of its appeal in *Buck* as "supplemental authority" for why a similar preliminary injunction should not issue in this case. *See* ECF No. 30.

On January 9, 2020, Plaintiff's counsel contacted Defendants' counsel to inquire whether, given the motion for voluntary dismissal in *Buck*, the State continues to oppose Catholic Charities West Michigan's request for a preliminary injunction in this case. Plaintiff's counsel has not received a response as of the date of this filing.

Dated: January 16, 2020

Respectfully submitted,

/s/ Jeremiah Galus
Jeremiah Galus (AZ Bar 030469)
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jgalus@ADFlegal.org

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2020, I caused the foregoing to be filed with the Clerk of the Court using the ECF system, which will provide electronic copies to counsel of record.

/s/ Jeremiah Galus
Jeremiah Galus (AZ Bar 030469)
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jgalus@ADFlegal.org