UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CATHOLIC CHARITIES WEST MICHIGAN, | No. 2:19-CV-11661-DPH-DRG |
| Plaintiff, | HON. DENISE PAGE HOOD |
| v. | MAG. DAVID R. GRAND |
| MICHIGAN DEPARTMENT OF HEALTH AND HUMAN SERVICES; ELIZABETH HERTEL, in her official capacity as Director of the Michigan Department of Health and Human Services;[1] MICHIGAN CHILDREN'S SERVICES AGENCY; DEMETRIUS STARLING, in his official capacity as Executive Director of Michigan Children's Services Agency; DANA NESSEL, in her official capacity as Attorney General of Michigan, | **STIPULATED ORDER STAYING CASE** |
| Defendants. | |

_____

[1] Pursuant to Fed. R. Civ. Proc. 25(d), the current public officers sued in their official capacities are automatically substituted as parties.

| | |
|---|---|
| James R. Wierenga (P48946)<br>Attorney for Plaintiff<br>David, Wierenga & Lauka, PC<br>99 Monroe Ave., NW<br>Ste. 1210<br>Grand Rapids, MI 49503<br>(616) 454-3883<br>jim@dwlawpc.com | Toni L. Harris (P63111)<br>Neil Giovanatti (P82305)<br>Attorneys for Defendants<br>Michigan Department of<br>Attorney General<br>Health, Education & Family<br>Services Division<br>P.O. Box 30758<br>Lansing, MI 48909<br>(517) 335-7603<br>HarrisT19@michigan.gov<br>GiovanattiN@michigan.gov |
| David A. Cortman (GA Bar #188810)<br>Attorney for Plaintiff<br>Alliance Defending Freedom<br>1000 Hurricane Shoals Rd. NE<br>Ste. D-1100<br>Lawrenceville, GA 30043<br>(770) 339-0774<br>dcortman@ADFlegal.org | |
| Roger Brooks (NC Bar #16317)<br>Jeremiah Galus (AZ Bar #030469)<br>Attorneys for Plaintiff<br>Alliance Defending Freedom<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>(480) 444-0020<br>rbrooks@ADFlegal.org<br>jgalus@ADFlegal.org | |

## STIPULATED ORDER

WHEREAS Plaintiffs and Defendants have initiated discussions in an attempt to resolve this matter without further litigation and motion practice. To afford sufficient time for these discussions, the parties jointly request that the Court temporarily stay this proceeding.

The parties will provide the Court with an update on the status of the discussions on or before January 31, 2022.

IT IS HEREBY ORDERED that the case is stayed upon agreement of the parties. The parties shall file a status update on or before January 31, 2022.

Dated: November 8, 2021            s/Denise Page Hood
                                   Denise Page Hood
                                   U.S. District Court Judge

The parties hereby Stipulate and Agree:

Date: November 3, 2021             /s/ Jeremiah Galus
                                   Jeremiah Galus
                                   Attorney for Plaintiffs


Date: November 3, 2021             /s/ Neil Giovanatti
                                   Neil Giovanatti
                                   Attorney for Defendants