UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CATHOLIC CHARITIES WEST MICHIGAN, | No. 2:19-CV-11661-DPH-DRG |
| Plaintiff, | HON. DENISE PAGE HOOD |
| v. | MAG. DAVID R. GRAND |
| MICHIGAN DEPARTMENT OF HEALTH AND HUMAN SERVICES; ELIZABETH HERTEL, in her official capacity as Director of the Michigan Department of Health and Human Services; MICHIGAN CHILDREN'S SERVICES AGENCY; Demetrius STARLING, in his official capacity as Executive Director of Michigan Children's Services Agency; DANA NESSEL, in her official capacity as Attorney General of Michigan, | **STATUS UPDATE** |
| Defendants. | |
| _____/ | |

James R. Wierenga (P48946)
Attorney for Plaintiff
David, Wierenga & Lauka, PC
99 Monroe Ave., NW
Ste. 1210
Grand Rapids, MI 49503
(616) 454-3883
jim@dwlawpc.com

David A. Cortman (GA Bar #188810)
Attorney for Plaintiff
Alliance Defending Freedom
1000 Hurricane Shoals Rd. NE
Ste. D-1100
Lawrenceville, GA 30043
(770) 339-0774
dcortman@ADFlegal.org

Roger Brooks (NC Bar #16317)
Jeremiah Galus (AZ Bar #030469)
Attorneys for Plaintiff
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
rbrooks@ADFlegal.org
jgalus@ADFlegal.org

Toni L. Harris (P63111)
Neil Giovanatti (P82305)
Attorneys for Defendants
Michigan Department of
Attorney General
Health, Education & Family
Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603
HarrisT19@michigan.gov
GiovanattiN@michigan.gov

## STATUS UPDATE

By Stipulated Order dated November 8, 2021 (ECF No. 52), the Court ordered the parties to provide the Court with an update on or before January 31, 2022 regarding the status of their discussions to resolve this matter.

The parties have continued to make progress in their attempt to resolve this matter. The parties agree to continue their discussions over the next thirty days. On or before March 2, 2022, the parties will provide the Court with an additional update on the status of their discussions. If the parties reach an impasse in their discussions prior to March 2, 2022, they will jointly file a status update so stating and proposing next steps for this case.

Date: January 31, 2022                    */s/ Jeremiah Galus*
                                          Jeremiah Galus
                                          Attorney for Plaintiff


Date: January 31, 2022                    */s/ Neil Giovanatti*
                                          Neil Giovanatti
                                          Attorney for Defendants