UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CATHOLIC CHARITIES
WEST MICHIGAN,

      Plaintiff,

v.

MICHIGAN DEPARTMENT
OF HEALTH AND HUMAN
SERVICES; et al.,

      Defendants.

No. 2:19-CV-11661-DPH-DRG

HON. DENISE PAGE HOOD

MAG. DAVID R. GRAND

_____/

**JUDGMENT**

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Order entered on March 21, 2022:

JUDGMENT is entered on Count V against MDHHS; and

All remaining Claims in the Complaint – Counts I-IV and VI-VIII are DISMISSED with prejudice.

Dated at Detroit, Michigan this 21st day of March, 2022.

                KINIKIA ESSIX
                CLERK OF THE COURT

                BY: s/LaShawn Saulsberry

APPROVED:

s/Denise Page Hood
UNITED STATES DISTRICT JUDGE